IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNABE RAMIREZ-ALCANTARA,

                Petitioner,

v.                                                                                              OPINION and ORDER

BUREAU OF IMMIGRATION & CUSTOMS                           25-cv-89-jdp
ENFORCEMENT,

                Respondent.

---

BERNABE RAMIREZ-ALCANTARA,

                Petitioner,

v.                                                                                              OPINION and ORDER

WARDEN E. EMMERICH,                                                      25-cv-110-jdp

                Respondent.

---

Petitioner Bernabe Ramirez-Alcantara, proceeding without counsel, seeks relief under 28 U.S.C. § 2241 in two related petitions. In the first petition, opened as case number 25-cv-89-jdp, Ramirez-Alcantara contends that his expedited final order of removal is invalid because it wasn't issued by an immigration judge or the Board of Immigration Appeals. Dkt. 1 in the '89 case. In the second petition, opened as case number 25-cv-110-jdp, Ramirez-Alcantara contends that Bureau of Prison officials have denied him time credit under the First Step Act based on an erroneous determination that his expedited final order of removal is a valid final order of removal. Dkt. 1 in the '110 case. Because both petitions turn on the validity of the expedited order of final removal, Ramirez-Alcantara did not need to bring separate petitions. I will docket the petition from the '110 case in the '89 case and treat both petitions as a single petition, and I will dismiss the '110 case.

I will screen the petition in the '89 case in a separate order.

ORDER

IT IS ORDERED that:

1. The petition in 25-cv-110-jdp, Dkt. 1, is to be docketed in 25-cv-89-jdp as a supplement to the petition in the '89 case.

2. The petition in the '110 case is DISMISSED and that case is CLOSED.

Entered March 25, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge